IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

ODS Capital LLC

Case No:17-cv-5909

v.

Judge: Robert M. Dow, Jr.

Abb Vie Inc.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 18, 2017:

MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held. This case is remanded to the Circuit Court of Cook County based on the Court's October 12, 2017 memorandum opinion, docket entry 37, in Elliott Associates, L.P. v. AbbVie, Inc., Case No. 17-cv-3494. The parties agree that, based on that ruling, remand is the appropriate disposition. As stated on the record, in so agreeing, counsel for Defendant are not understood to take the position that they agree with the correctness of the Court's ruling in Elliott case. Civil case terminated.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.