

**Thomas G. Bruton**
CLERK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

November 01, 2017

Clerk, Attention: Dorothy Brown
Circuit Court of Cook County
Richard J. Daley Center
50 W Washington Street
Chicago, IL  60602

Re: ODS Capital LLC v. AbbVie Inc
USDC No: 17-cv-5909

Circuit Court No: 2017-CH-8448

Dear Clerk:

A certified copy of an order entered on 10/18/2017 by the Honorable Robert M. Dow, Jr, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

Sincerely yours,

**Thomas G. Bruton, Clerk**

By:   /s/ John Koselke
         Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

ODS Capital LLC

Case No:17-cv-5909

v.

Judge: Robert M. Dow, Jr.

Abb Vie Inc.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 18, 2017:

MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held. This case is remanded to the Circuit Court of Cook County based on the Court's October 12, 2017 memorandum opinion, docket entry 37, in Elliott Associates, L.P. v. AbbVie, Inc., Case No. 17-cv-3494. The parties agree that, based on that ruling, remand is the appropriate disposition. As stated on the record, in so agreeing, counsel for Defendant are not understood to take the position that they agree with the correctness of the Court's ruling in Elliott case. Civil case terminated.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ JOHN KOSELKE
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
November 1, 2017